# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VICTOR REVILL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CASE NO.: 2:19-cv-00114-RDP** |
| | ) |
| **PAMELA CASEY, SCOTT** | ) |
| **GILLILAND, SUE ASHWORTH,** | ) |
| **AND BRYAN K. RATLIFF,** | ) |
| | ) |
| **Defendants.** | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW, Sue Ashworth, a Defendant in the above-captioned matter, and by order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of Rule 7.1 of the Federal Rules of Civil Procedure:

    _X_    This party is an individual, or

    ___    This party is a governmental entity, or

    ___    There are no entities to be reported, or

    ___    The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| _____ | _____ |

Submitted this the 29th day of March, 2019.

**/s/J. Randall McNeill**
J. RANDALL McNEILL (ASB-4841-E29J)
Attorney for Defendants Sue Ashworth
and Bryan Ratliff
WEBB & ELEY P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama 36124
(334) 262-1850 – T
(334) 262-1889 – F
rmcneill@webbeley.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 29th day of March, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Clayton R. Tartt
Kent W. Frost
Boles Holmes Parkman White, LLC
1929 3rd Avenue North, Suite 700
Birmingham, AL 35203
(205) 502-2000 – T
(205) 847-1285 – F
ctartt@bhpwlaw.com
kfrost@bhpwlaw.com

Mary A Goldthwaite
OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL 36109
(334) 242-7300 – T
(334) 242-2433 – F
generalcivil@ago.state.al.us


                    **/s/J. Randall McNeill**
                    OF COUNSEL