Case 2:19-cv-00114-KOB   Document 44   Filed 11/05/19   Page 1 of 3

FILED
2019 Nov-05 PM 04:14
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | | |
|---|---|---|
| **VICTOR REVILL,** | ) | This document relates to |
| | ) | **ALL CASES** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO.: 2:19-cv-00114-KOB** |
| | ) | |
| **PAMELA CASEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| **MEGAN GARCIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO.: 2:18-cv-02079-KOB** |
| | ) | |
| **PAMELA CASEY, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## SECOND JOINT STATUS REPORT

Pursuant to the Court's Scheduling Order, (Doc. 48), the parties submit the following joint status report:

This case arises from the February 23, 2017 arrest of Plaintiffs Victor Revill and Megan Garcia for the offense of obstruction governmental operations and also for them being charged with refusal to permit inspection. They were subsequently acquitted of these charges at trial. Subsequent to this acquittal, they bring this action

and name the arresting Blount County Deputies, Sue Ashworth and Bryan Ratliff as well as Blount County District Attorney Pamela Casey and Assistant District Attorney Scott Gilliland alleging, *inter alia*, violations of their constitutional rights by all defendants and defamation by Casey and Gilliland.

Defendants Casey and Gilliland's motions to dismiss were granted as to all counts except the allegations pursuant to 42 U.S.C. 1983. (Doc. 46). Plaintiffs filed motions to reconsider the dismissal of the defamation counts, which are still pending. (Docs. 36, 49). Also pending is Defendants Casey and Gilliland's Limited Motion for Reconsideration relating solely to the Court's ruling on Count One of plaintiff Garcia's First Amended Complaint. (Doc. 55). Defendants' Ashworth and Ratliff have filed motions to dismiss (Docs. 9, 21) which are also pending.

Parties have begun paper discovery and are in the process of tentatively setting party depositions for January and/or February. These depositions are contingent on, among other things, the Court ruling on the outstanding motions. The parties have agreed that *after* the court rules on the parties above-referenced motions, responses/objections to pending discovery will be due either within two (2) weeks of the court's ruling or whenever the discovery would otherwise be due whichever is longer, absent any appeal being taken. The parties have further agreed that no responses/objections are due to pending discovery until after the court rules on the parties' motions.

THIS WILL CERTIFY THAT ALL PARTIES HAVE AGREED TO SUBMIT THE ABOVE. FURTHER, THE PARTIES HAVE AGREED THAT MARY GOLDTHWAITE WILL E-FILE THE FOREGOING JOINT STATUS REPORT WITH PERMISSION TO SUBMIT THE ELECTRONIC SIGNATURES BELOW.

Respectfully submitted on this November 5, 2019.

| | |
|---|---|
| /s/ Mary A Goldthwaite<br>Mary A Goldthwaite<br>Office of the Attorney General<br>501 Washington Avenue<br>Montgomery, AL 36109<br>334-242-7300<br>mgoldthwaite@ago.state.al.us<br>Attorney for Scott Gilliland and Pamela Casey | /s/ David Gespass<br>David Gespass<br>Gespass & Johnson<br>P.O. Box 550242<br>Birmingham, AL 35255-0242<br>205-323-5966<br>pass.gandjlaw@gmail.com<br>Attorney for Plaintiff Garcia |
| /s/ Alan Lasseter<br>Alan Lasseter<br>301 19th Street North, Suite 580<br>Birmingham, AL 35203-3145<br>205-458-1212<br>alan@lasseterlaw.com<br>Attorney for Plaintiff Garcia | /s/ Clayton R. Tartt<br>Clayton R. Tartt<br>Kent W. Frost<br>Boles Holmes Parkman White, LLC<br>1929 3rd Avenue North, Suite 700<br>Birmingham, AL 35203<br>(205) 502-2000<br>ctartt@bhpwlaw.com<br>kfrost@bhpwlaw.com<br>Attorneys for Plaintiff Revill |
| /s/ J. Randall McNeill<br>J. RANDALL McNEILL<br>WEBB & ELEY P.C.<br>7475 Halcyon Pointe Drive (36117)<br>Post Office Box 240909<br>Montgomery, Alabama 36124<br>(334) 262-1850 – T<br>rmcneill@webbeley.com<br>Attorney for Defendants Sue Ashworth and Bryan Ratliff | |