# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **VICTOR REVILL,** ) | *This document relates to* | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **CASE NO.: 2:19-cv-00114-KOB** | |
| ) | | |
| **PAMELA CASEY, ET AL.** ) | | |
| Defendants. ) | | |

| | |
|---|---|
| **MEGAN GARCIA,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **CASE NO.: 2:18-cv-02079-KOB** |
| ) | |
| **PAMELA CASEY, ET AL.,** ) | |
| Defendants. ) | |

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

**I Hereby Certify** that a copy of the following designated discovery material has, on this date, been served upon the Defendant(s), Ashworth and Ratliff via their attorney(s) of record:

(x)   Answers to Defendants' Request for Interrogatories

(x)   Answers or documents to Defendants' Request for Production

(x)   Response to Defendants' Request for Admission

**Done** this the 20th day of August 2020.

**Boles Holmes Parkman White llc**

**/s/ Clayton R. Tartt**
CLAYTON R. TARTT
*Attorney for Victor Revill*
1929 3rd Ave. North; Suite 700
Birmingham, AL 35203
(205) 502-2000
ctartt@bhpwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed via the AlaFile system and the same will be sent to all parties of record via electronic notification on this the 20th day of August 2020.

**/s/ Clayton R. Tartt**
OF COUNSEL