# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VICTOR REVILL,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO.: 2:19-cv-00114-KOB** |
| ) | |
| **PAMELA CASEY, ET AL.** ) | |
| **Defendants.** ) | |

## PLAINTIFF REVILL'S FIRST SET OF INTERROGATORIES

Pursuant to Federal Rules of Civil Procedure 26, 33 and 34, Plaintiff propounds these interrogatories to Defendants and its officers, agents, contractors, and employees having any information or documents, which are available to the Defendants. These interrogatories are to be answered separately and severally by the Defendants in the manner and form provided by law and the rules of court.

Where facts set forth in answers, or portions thereof, are supplied upon information and belief, rather than upon personal knowledge, Defendants should so state and specifically identify and describe the source or sources of such information and belief. Should the Defendants be unable to answer any interrogatory or portion thereof by actual knowledge, or upon information and belief, it shall state in detail

its efforts to obtain such knowledge as will enable it to answer said interrogatory or portions thereof. Should any request be considered privileged or confidential in any manner, please create a privilege log of said documents or requests and the specific reason they are designated as such.

Answers to these interrogatories and document requests shall be responsive to the date on which the answers are filed and shall be continuing in character and require the filing of supplemental answers if further or different information or documents relative thereto becomes known before trial. Where knowledge or information of the Defendants is requested, such request includes knowledge of its agents, contractors, representatives, and unless privileged, its attorneys.

## **INTERROGATORIES**

**INTERROGATORY NO. 1:** State the name, race, address, and phone number of any individual that took part in the decision to detain and then arrest of the plaintiff.

**INTERROGATORY NO. 2:** State the name, race, address, and phone number of any individual that took part in the detention and then arrest of the plaintiff.

**INTERROGATORY NO. 3:** State the name, race, address, and phone number of any individual that was present for the detention and then arrest of the plaintiff.

**INTERROGATORY NO. 4:** Please list every reason and/or justification for detaining the plaintiff.

**INTERROGATORY NO. 5:** Please list every reason and/or justification for

arresting the plaintiff.

**INTERROGATORY NO. 6:** State the name, race, address, and phone number of any individual that you (meaning any of the defendants) communicated with either electronically, telephonically or via text messaging during the period leading up to and subsequently to the Plaintiff being detained and arrested. Please provide a summary of that conversation, if any.

**INTERROGATORY NO. 7:** If any affirmative response to Interrogatory No. 6, please describe the communication in detail.

**INTERROGATORY NO. 8:** Please identify any agency/person/business that presently or at the time of the offence compensates you in any respect.

**INTERROGATORY NO. 9:** Identify all persons who contributed information toward the answering of these interrogatories and specify which person contributed information toward each interrogatory, including any conversations among co-defendants.

**INTERROGATORY NO. 10:** Identify each and every individual known to you with any knowledge regarding the facts and circumstances surrounding the incidents referred to in the complaint and, for each person, provide a summary of the information known to him or her.

**INTERROGATORY NO. 11:** Identify every person that has filed a complaint or lawsuit against you (meaning any of the defendants) regarding claims of wrongful arrest, deprivation of civil rights, or unlawful search. Please summarize those

complaints and their resolution if applicable.

**INTERROGATORY NO. 12:** State whether Defendant (or their respective agencies/offices) has policies defining and prohibiting wrongful arrest, deprivation of civil rights, or unlawful searches.

**INTERROGATORY NO. 13:** Please list all training that the Defendant has done in relation to preventing wrongful arrest, deprivation of civil rights, or unlawful searches.

**INTERROGATORY NO. 14:** State the name and job title of any individual that had supervisory responsibilities for the Defendant during his/her participation in the activity outlined in the complaint.

**INTERROGATORY NO. 15:** Did Defendant take or receive any statements related to any of Plaintiff's criminal case, his complaint, or claims? If so, state the name, race and position of the person providing the statement, name, race, and position of the person that drafted the statement, the date the statement was drafted, the date the statement was signed, the location of the computer the statement was drafted on, the owner or primary user of the computer the statement was drafted on, state whether Defendant will rely on any facts contained in the statement during the course of this litigation, whether the person that made the statement has been identified by Defendant pursuant to Rule 26; and whether Defendant asserts any claim of privilege regarding any statement. Please provide a detailed privilege log for any information and/or documentation Defendant contends is privileged and/or considered work product.

**INTERROGATORY NO. 16:** State the name, race, address and phone number of every person contacted, interviewed or approached during Defendant's investigation of Plaintiff's criminal case or relating to the allegations contained in the complaint, and a description of the person's knowledge of Plaintiff's allegations and complaints including any conversations (in any form) made between co-defendants in this matter.

**INTERROGATORY NO. 17:** Please list each and every action you took in relation to the prosecution of the Plaintiff's criminal case after you recused from the matter. (Defendants Casey and Gilliland only).

**INTERROGATORY NO. 18:** Please list and describe in detail any offers (including who else knew of said offer, when it was made, weather it was accepted, and the substance of said offer) that you made or were aware of that were made to Lloyd Edwards in relation to any legal issue he had either before or since the Plaintiff's criminal trial.

**INTERROGATORY NO. 19:** State the name of all individuals listed in Defendant's Rule 26 Disclosures that has ever been deposed or provided testimony and the date of the deposition, style of the case, substance of the deposition and whether Defendant will rely on any facts contained in the deposition during the course of this litigation.

**INTERROGATORY NO. 20:** To your knowledge, please state if any individuals were disciplined for conduct related to the plaintiff's criminal civil cases.

Dated: August 21, 2020

                                      **/s/ Clayton R. Tartt**

CLAYTON R. TARTT
Boles Holmes Parkman White LLC
1929 3rd Avenue North, Suite 700
Birmingham, AL 35203
(205) 502-2000
(205) 847-1285 FAX
ctartt@bhpwlaw.com

## **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing has been served on all counsel this the 21st day of August, 2020 via email addressed to:

Mary Goldthwaite (MGoldthwaite@ago.state.al.us)
Randy McNeill (rmcneill@webbeley.com)

/s /Clayton R. Tartt
OF COUNSEL

7