# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **VICTOR REVILL,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CASE NO.: 2:19-cv-00114-KOB** |
| ) | |
| **PAMELA CASEY, ET AL.** ) | |
| **Defendants.** ) | |

## PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS TO DEFENDANT

Pursuant to the Federal Rules of Civil Procedure, the Plaintiff propounds these Requests for Admissions to Defendants and its officers, attorneys, agents, contractors, and employees having any information or documents, which are available to the Defendants. These discovery requests are to be answered in the manner and form provided by law and the rules of Court:

1) Admit or deny that the Plaintiff was detained prior to arrest.

2) Admit or deny that you were involved in the decision-making process that led to the Plaintiff being detained.

3) Admit or deny that you played a role in the decision to arrest the Plaintiff.

4) Admit that you had a phone call with any another individual just prior to the Plaintiff's arrest?

5) Admit or deny weather you were involved in the decision to prosecute the Plaintiff's criminal case after he was arrested.

1

6) Admit or deny that you recused from the prosecution of the Plaintiff's criminal case. (Defendants Casey and Gilliland only).

7) Admit or deny that after you recused from the prosecution of the plaintiff's criminal case, that you still played an active role in the case. (Defendants Casey and Gilliland only).

8) Admit or deny that, without being contacted first, you contacted Lloyd Edwards or his lawyer prior to the Plaintiff's criminal trial.

9) Admit or deny that you met with Lloyd Edwards prior to the Plaintiff's criminal trial.

Dated: August 21, 2020.

**/s/ Clayton R. Tartt**
CLAYTON R. TARTT
Boles Holmes Parkman White LLC
1929 3rd Avenue North, Suite 700
Birmingham, AL 35203
(205) 502-2000
(205) 847-1285 FAX
ctartt@bhpwlaw.com

## **CERTIFICATE OF SERVICE**

  I certify that a copy of the foregoing has been served on all counsel this the 21st day of August, 2020 via email addressed to:

Mary Goldthwaite (MGoldthwaite@ago.state.al.us)
Randy McNeill (rmcneill@webbeley.com)

                /s /Clayton R. Tartt
                OF COUNSEL