# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **VICTOR REVILL,** | ) | *This document relates to* |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO.: 2:19-cv-00114-KOB** |
| | ) | |
| **PAMELA CASEY, ET AL.** | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **MEGAN GARCIA,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO.: 2:18-cv-02079-KOB** |
| | ) | |
| **PAMELA CASEY, ET AL.,** | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE OF DISCOVERY MATERIAL

**I HEREBY CERTIFY** that a copy of the following designated discovery materials has, on this date, been served upon defendants Pamela Casey and Scott Gilliland in this matter, via their attorneys of record:

- (x) Plaintiff Revill's First Set of Interrogatories
- (x) Plaintiff Revill's Request for Production
- (x) Plaintiff Revill's Request for Admission

**DONE** this the 9th day of September 2020.

**BOLES HOLMES PARKMAN WHITE LLC**

**/s/ Clayton R. Tartt**
CLAYTON R. TARTT
*Attorney for Victor Revill*
1929 3rd Ave. North; Suite 700
Birmingham, AL 35203
(205) 502-2000
ctartt@bhpwlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing has been filed via the AlaFile system and the same will be sent to all parties of record via electronic notification on this the 9th day of September 2020.

**/s/ Clayton R. Tartt**
OF COUNSEL