FILED
2020 Oct-19 PM 01:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **MEGAN GARCIA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO.: 2:18-cv-02079-SGC** |
| | ) | |
| **PAMELA CASEY, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **VICTOR REVILL,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE NO.: 2:19-CV-00114-KOB** |
| | ) | |
| **PAMELA CASEY, ET AL.,** | ) | |
| | ) | |
| Defendants. | ) | |

### JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

COME NOW Plaintiffs Victor Revill and Megan Garcia, Defendants Sue Ashworth and Brian Ratliff (hereinafter "Law Enforcement Defendants"), as well as Defendants Pamela Casey and Scott Gilliland (hereinafter "Judicial Defendants") pursuant to Federal Rule of Civil Procedure 26(c), and respectfully request that this Court enter the parties' jointly-proposed Protective Order to protect the confidentiality of certain confidential, proprietary, and personal financial

information and to protect the confidentiality of health related information in the above-referenced causes consolidated for discovery purposes. In support of this motion, the Law Enforcement Defendants show the Court as follows:

1. Plaintiffs have brought suits against the Law Enforcement Defendants and Judicial Defendants alleging violations of constitutional rights.

2. The Law Enforcement Defendants have sought records related to Plaintiffs' financial positions and operations of business before and after the incident made the basis of this litigation.

3. The Plaintiffs' claims in this action have and may require the disclosure and production of tax returns and associated schedules, financial statements, business ledgers, profit and loss statements, receipts, invoices, paystubs, and other financial documents which may contain confidential and/or proprietary information.

4. Also, as health related matters may impact on the timing of discovery and depositions, disclosure is and/or may be required of personal health related information.

5. The parties seek to protect and minimize the intrusion into and disbursement of personal, proprietary, and confidential information related to these documents.

6. The undersigned counsel for the parties have reviewed this Joint Motion for Protective Order and have given counsel for Sue Ashworth and Bryan Ratliff permission to submit their electronic signatures below.

WHEREFORE, PREMISES CONSIDERED, the parties request this Court enter the proposed Protective Order attached hereto as "Exhibit A".

Respectfully submitted this 19th day of October, 2020.

| | |
|---|---|
| **/s/Clayton R. Tartt** | **/s/J. Randall McNeill** |
| Clayton R. Tartt | J. RANDALL MCNEILL (ASB-4841-E29J) |
| Kent W. Frost | JOSHUA A. WILLIS (ASB-4928-M10T) |
| Attorneys for Plaintiff Revill | Attorneys for Defendants Ashworth |
| BOLES HOLMES PARKMAN WHITE, LLC | and Ratliff |
| | WEBB & ELEY, P.C. |
| 1929 3rd Avenue North, Suite 700 | 7475 Halcyon Pointe Drive (36117) |
| Birmingham, AL 35203 | Post Office Box 240909 |
| (205) 502-2000 – T | Montgomery, Alabama 36124 |
| (205) 847-1285 – F | (334) 262-1850 – T |
| ctartt@bhpwlaw.com | (334) 262-1889 – F |
| kfrost@bhpwlaw.com | rmcneill@webbeley.com |
| | jwillis@webbeley.com |
| | |
| **/s/David Gespass** | **/s/Mary A. Goldthwaite** |
| David Gespass | Mary A. Goldthwaite |
| Attorney for Plaintiff Garcia | Attorney for Defendants Casey and Gilliland |
| GESPASS & JOHNSON | OFFICE OF THE ATTORNEY GENERAL |
| P.O. Box 550242 Birmingham, AL 35255-0242 | 501 Washington Avenue |
| | Montgomery, AL 36109 |
| 205-323-5966 – T | 334-242-7300 |
| 205-323-5990 – F | generalcivil@ago.state.al.us |
| pass.gandjlaw@gmail.com | |

**/s/Alan Lasseter**

3

Alan Lasseter
Attorney for Plaintiff Garcia
LASSETER LAW FIRM, P.C.
301 19th Street
North Suite 580
Birmingham, AL 35203-3145
205-458-1212
alan@lasseterlaw.com