# IN THE UNITED STATES DISTRICTOURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **VICTOR REVILL,** | ) | *This document relates to* |
| | ) | *both cases* |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO.: 2:19-cv-00114-KOB** |
| | ) | |
| **PAMELA CASEY, ET AL.** | ) | |
| | ) | |
| **Defendants** | ) | |
| | | |
| **MEGAN GARCIA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CASE NO.: 2:18-cv-02079-KOB** |
| | ) | |
| **PAMELA CASEY, ET AL.,** | ) | |
| | ) | |
| **Defendants** | ) | **OPPOSED** |

## DEFENDANT CASEY'S MOTION FOR PROTECTIVE ORDER

Comes now undersigned counsel on behalf of Pamela Casey and respectfully requests that this Honorable Court enter a protective order under Rule 26(c) of the Federal Rules of Civil Procedure to postpone the deposition of the Plaintiff, Megan Garcia from going forward tomorrow, Friday November 13, 2020  and *allowing*

1

*Ms. Garcia's deposition to be rescheduled to next week or soon thereafter at mutually agreeable date and time*:

1. The plaintiff Megan Garcia is suing Pamela Casey, who has attended (by zoom) the depositions that have been taken in this case and she fully expected to attend and participate (by zoom) in Megan Garcia's deposition as well, until Ms. Casey became ill this week f█████████.

2. The plaintiff Megan Garcia's deposition is set to take place tomorrow, Friday, November 13, 2020. Undersigned counsel located and reserved a room in Birmingham large enough to safely accommodate all who may attend and reserved the court reporter and videographer.

3. However, on Tuesday, November 10, 2020, Pamela Casey █████ ███████████████ and is experiencing significant symptoms related to the same.

4. On Wednesday, November 11, 2020, undersigned counsel emailed counsel in this case and asked that Megan Garcia's deposition be rescheduled due to the concern that Pamela Casey would be too ill to be present (by zoom) and/or would not be able to be present throughout the deposition. (See attached email at Exhibit A).

5. This morning Plaintiff's counsel objected to rescheduling Megan Garcia's deposition as follows: "As far as we are concerned, we go forward with

Megan tomorrow. We do not intend to put her up on another day." (see attached email at Exhibit B).

6.      It is the undersigned position and Pamela Casey's position that her presence (by zoom) and participation is imperative to her defense. Plaintiff's counsel disagrees as reflected in the email exchanges and insists on going forward with tomorrow with Megan Garcia's deposition.

Wherefore Premises Considered, undersigned counsel respectfully asks the court to postpone and suspend Megan Garcia's deposition from taking place tomorrow, Friday, November 12, 2020 and Order that Ms. Garcia's deposition be rescheduled for a mutually agreeable time and place next week or soon thereafter.

Respectfully submitted,

STEVE MARSHALL
ATTORNEY GENERAL

/s/ MARY GOLDTHWAITE
MARY GOLDTHWAITE
Assistant Attorney General
Counsel for Pamela Casey and
Scott Gilliland

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
501 Washington Avenue
Montgomery, AL  36130
(334) 353-9189 (T)
(334) 242-2433 (F)
Mary.Goldthwaite@AlabamaAG.gov

## **CERTIFICATION**

Undersigned Counsel certifies that before filing this motion for protective order, undersigned counsel has endeavored without success throughout the day to resolve this matter with Plaintiff Megan Garcia's attorney, David Gespass, without involving the Court: (See attached email communications at Exhibit B).

*/s/ Mary Goldthwaite*
MARY GOLDTHWAITE

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on November 12, 2020, electronically filed the foregoing Defendant's Motion for Protective Order with the Clerk of the Court, using the CM/ECF filing system, which will serve the following counsel of record:

David Gespass
GESPASS & JOHNSON
P.O. Box 550242
Birmingham, AL 35255-0242

J. Randall McNeill
WEBB & ELEY PC
7475 Halcyon Pointe Drive
Montgomery, AL 36124

Alan Lasseter
Lasseter Law Firm, P.C.
2204 Lakeshore Drive
Suite 303
Birmingham, Alabama 35209

Clayton R. Tartt
Boles Holmes Parkman White, LLC
1929 3rd Ave. N.
Suite 700
Birmingham, AL 35203

       /s/ MARY GOLDTHWAITE
       OF COUNSEL