FILED
2020 Nov-12  PM 05:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Moore, Cecelia**

| | |
|---|---|
| **From:** | Goldthwaite, Mary |
| **Sent:** | Wednesday, November 11, 2020 5:10 PM |
| **To:** | David Gespass; alan@lasseterlaw.com; Randy McNeill; Joshua Willis; Clayton Tartt; Suzanne Norman |
| **Cc:** | Moore, Cecelia |
| **Subject:** | Rescheduling the Party  Depositions Set for this Friday, November 13th (CONFIDENTIAL) |

| | |
|---|---|
| **Importance:** | High |

Counsel,

We are seeking to reschedule the Friday depositions of Scott Gilliland and Megan Garcia , as yesterday, November 10th, Pamela Casey tested ████████████ and has ███████████symptoms. Ms. Casey had planned on attending, by zoom, these party depositions set for Friday, November 13th, but does not currently feel that she will be able to so.  Ms. Casey's █████████ and Ms. Casey's ██████ also recently █████████████████ and are also experiencing ████████████████, with Ms. Casey's ████████████ concerning symptoms.

In light of the foregoing, are you agreeable to rescheduling Scott Gilliland and Megan Garcia's deposition?  If so, what dates could you be available?

Thank you.

Mary

EXHIBIT A