FILED

2020 Nov-12  PM 05:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

**From:** Goldthwaite, Mary
**Sent:** Thursday, November 12, 2020 5:06 PM
**To:** Moore, Cecelia
**Subject:** FW: FW: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

---

**From:** Goldthwaite, Mary
**Sent:** Thursday, November 12, 2020 3:50 PM
**To:** David Gespass <pass.gandjlaw@gmail.com>
**Cc:** Randy McNeill <rmcneill@webbeley.com>; Clayton Tartt <ctartt@bhpwlaw.com>; Joshua Willis <jwillis@webbeley.com>; Moore, Cecelia <Cecelia.Moore@AlabamaAG.gov>; Suzanne Norman <snorman@bhpwlaw.com>; alan@lasseterlaw.com
**Subject:** RE: FW: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

David,

Ok, Thank you. I understand that Scott Gilliland will not be deposed tomorrow, Friday, November 13, 2020.

As to the rescheduling of Megan Garcia's deposition, as we unfortunately cannot resolve this issue between us,  I will be filing a motion for protective order to reschedule Megan Garcia's deposition *from tomorrow to next week or soon thereafter at a mutually agreeable time*.  I understand based on our email exchanges that the Motion for Protective Order is Opposed.

Again, rescheduling Ms. Garcia's deposition *from tomorrow to next week or some other mutually agreeable time* seems like a reasonable action to take given the unusually circumstances of Ms., Casey's ▇▇▇▇▇▇▇▇ with ▇▇▇▇▇▇▇ just 2 days ago.

Mary

---

**From:** David Gespass
**Sent:** Thursday, November 12, 2020 3:34 PM
**To:** Goldthwaite, Mary <Mary.Goldthwaite@AlabamaAG.gov>
**Cc:** Randy McNeill <rmcneill@webbeley.com>; alan@lasseterlaw.com; Clayton Tartt <ctartt@bhpwlaw.com>; Joshua Willis <jwillis@webbeley.com>; Suzanne Norman <snorman@bhpwlaw.com>
**Subject:** Re: FW: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

I am fine with putting Gilliland's deposition off. I was dubious about whether we could do both in the same day regardless. I agree with Randy that it would better to take his in person and I certainly share the concern ▇▇▇▇▇ ▇▇▇▇▇▇▇.

David

EXHIBIT B

On Thu, Nov 12, 2020 at 3:11 PM Goldthwaite, Mary <Mary.Goldthwaite@alabamaag.gov> wrote:

David,

I have not received a response from you specifically regarding my below email and Scott Gilliland.

Please confirm your position regarding Scott Gilliland's deposition tomorrow and whether you intend to try to go forward with it. ███████████████████████████ I expect he will attending by zoom or video conference.

Mary

---

**From:** Goldthwaite, Mary 0111
**Sent:** Thursday, November 12, 2020 1:59 PM
**To:** David Gespass <pass.gandjlaw@gmail.com>
**Cc:** alan@lasseterlaw.com; Randy McNeill <rmcneill@webbeley.com>; Joshua Willis <jwillis@webbeley.com>; Clayton Tartt <ctartt@bhpwlaw.com>; Suzanne Norman <snorman@bhpwlaw.com>
**Subject:** RE: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

David,

Ms. Casey (by zoom) and Mr. Gilliland have been present for all depositions taken in this case.  And, until Ms. Casey ████████████████nd became ███████████████she 100% intended to be present (by zoom) and participate in Ms. Garcia's deposition, as Ms. Garcia is suing her.  I am respectful of the fact that Ms. Garcia is coming from Georgia to her deposition in Birmingham.  However , it is imperative to the defense of this case that I be able to communicate with my client during the deposition of Ms. Garcia and that Ms. Casey attend and participate (by zoom) in Ms. Garcia deposition.

With respect to Scott Gilliland, his deposition will need to be rescheduled due to ████████████████ ████████████████████████████████████████████████████████████ ███████████████████████████████████████████████████████████.

As of around 9:30am  I understand that Blount County District Attorney's Office closed ████████████████ ████████ and will reopen Monday.  D████████████████████████████████████████████ ████████████████

Mary

---

**From:** David Gespass
**Sent:** Thursday, November 12, 2020 1:07 PM
**To:** Goldthwaite, Mary <Mary.Goldthwaite@AlabamaAG.gov>
**Cc:** Randy McNeill <rmcneill@webbeley.com>; Joshua Willis <jwillis@webbeley.com>; alan@lasseterlaw.com; Clayton Tartt <ctartt@bhpwlaw.com>; Suzanne Norman <snorman@bhpwlaw.com>
**Subject:** Re: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Mary,

I do not feel obligated to provide a reason. We have scheduled her deposition. She will be coming here from out of state to be deposed. She has arranged her schedule to be available. We are on a tight schedule and we have to accommodate the schedules of all four lawyers plus lawyer deponents.

You have offered nothing but your claim that Ms. Casey will somehow be prejudiced by not being present but your assertion is not proof. If you want to take this up with Judge Bowdre, you can. Otherwise, we will go forward with the deposition tomorrow and that will be the one time Megan is available.

David

On Thu, Nov 12, 2020 at 10:45 AM Goldthwaite, Mary <Mary.Goldthwaite@alabamaag.gov> wrote:

> David,
>
> That was their choice and with respect to your client, Megan Garcia, that also was, in part, your choice as to whether your client attended depositions.

Further, I can unequivocally assure you that had you asked for depositions to be rescheduled because your client, a party, wanted to be present at the depositions and could not attend, I would have rescheduled the depositions, as I and other lawyers in other cases have done countless times in the past.

Again, our request is fair and reasonable, particularly given Ms. Casey's unexpected circumstances.  And other than you personally disagreeing as to importance of Ms. Casey ( the person you are suing) being present at your client's deposition, you have not offered any other reason as to why Ms. Garcia's deposition cannot be rescheduled.

Mary

---

**From:** David Gespass
**Sent:** Thursday, November 12, 2020 10:24 AM
**To:** Goldthwaite, Mary <Mary.Goldthwaite@AlabamaAG.gov>
**Cc:** Randy McNeill <rmcneill@webbeley.com>; Joshua Willis <jwillis@webbeley.com>; alan@lasseterlaw.com; Clayton Tartt <ctartt@bhpwlaw.com>; Suzanne Norman <snorman@bhpwlaw.com>
**Subject:** Re: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

She does not need to be present at the deposition. She can read the transcript. She can even watch the video. The only people who need to be present are the lawyers and the deponent. I would note that our client was not present for either of Ms. Ashworth's deposition, so far as I know, Victor Revill was not present at the last deposition, nor was Sgt. Ratliff. Our position will not change.

David

On Thu, Nov 12, 2020 at 10:19 AM Goldthwaite, Mary <Mary.Goldthwaite@alabamaag.gov> wrote:

David,

**From:** Goldthwaite, Mary
**Sent:** Thursday, November 12, 2020 3:04 PM
**To:** Moore, Cecelia
**Subject:** FW: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

---

**From:** Goldthwaite, Mary
**Sent:** Thursday, November 12, 2020 3:04 PM
**To:** David Gespass <pass.gandjlaw@gmail.com>
**Cc:** Randy McNeill <rmcneill@webbeley.com>; alan@lasseterlaw.com; Joshua Willis <jwillis@webbeley.com>; Clayton Tartt <ctartt@bhpwlaw.com>; Suzanne Norman <snorman@bhpwlaw.com>
**Subject:** RE: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

David,

To be clear I have only asked that tomorrow's date be rescheduled due to my client Ms. Casey testing ███████ on Tuesday (2 days ago) and ████████████████████████ symptoms.

I have not and am not asking for an indefinite continuance.

I have also asked you for other potential dates, which you have not provided.

I further understand from your emails, that without a protective order, Megan Garcia's deposition will be going forward tomorrow.

Mary

---

**From:** David Gespass
**Sent:** Thursday, November 12, 2020 2:07 PM
**To:** Goldthwaite, Mary <Mary.Goldthwaite@AlabamaAG.gov>
**Cc:** alan@lasseterlaw.com; Randy McNeill <rmcneill@webbeley.com>; Joshua Willis <jwillis@webbeley.com>; Clayton Tartt <ctartt@bhpwlaw.com>; Suzanne Norman <snorman@bhpwlaw.com>
**Subject:** Re: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Mary,

EXHIBIT B

Once again, your claim that her presence is imperative is not proof that it is. I am sympathetic, but we are simply not agreeing to any continuance of Megan's deposition, especially since we have no idea when Ms. Casey ████████ will be well enough to participate, which means the continuance will be indefinite. And, as Randy has mentioned, the facts are not particularly in dispute since everything our client can testify to is on video.

David

On Thu, Nov 12, 2020 at 1:58 PM Goldthwaite, Mary <Mary.Goldthwaite@alabamaag.gov> wrote:

David,

Ms. Casey (by zoom) and Mr. Gilliland have been present for all depositions taken in this case.  And, until Ms. Casey tested ██████ 2 days ago and became ill from t██████████, she 100% intended to be present (by zoom) and participate in Ms. Garcia's deposition, as Ms. Garcia is suing her.  I am respectful of the fact that Ms. Garcia is coming from Georgia to her deposition in Birmingham.  However , it is imperative to the defense of this case that I be able to communicate with my client during the deposition of Ms. Garcia and that Ms. Casey attend and participate (by zoom) in Ms. Garcia deposition.

With respect to Scott Gilliland, his deposition will need to be rescheduled due to his ████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████

As of around 9:30am  I understand that Blount County District Attorney's Office closed ████████████████
████████  and will reopen Monday. ████████████████████████
████████████████████.

Mary

---

**From:** David Gespass
**Sent:** Thursday, November 12, 2020 1:07 PM
**To:** Goldthwaite, Mary <Mary.Goldthwaite@AlabamaAG.gov>
**Cc:** Randy McNeill <rmcneill@webbeley.com>; Joshua Willis <jwillis@webbeley.com>; alan@lasseterlaw.com; Clayton Tartt <ctartt@bhpwlaw.com>; Suzanne Norman <snorman@bhpwlaw.com>
**Subject:** Re: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Mary,

I do not feel obligated to provide a reason. We have scheduled her deposition. She will be coming here from out of state to be deposed. She has arranged her schedule to be available. We are on a tight schedule and we have to accommodate the schedules of all four lawyers plus lawyer deponents.

You have offered nothing but your claim that Ms. Casey will somehow be prejudiced by not being present but your assertion is not proof. If you want to take this up with Judge Bowdre, you can. Otherwise, we will go forward with the deposition tomorrow and that will be the one time Megan is available.

David

On Thu, Nov 12, 2020 at 10:45 AM Goldthwaite, Mary <Mary.Goldthwaite@alabamaag.gov> wrote:

> David,
>
> That was their choice and with respect to your client, Megan Garcia, that also was, in part, your choice as to whether your client attended depositions.
>
> Further, I can unequivocally assure you that had you asked for depositions to be rescheduled because your client, a party, wanted to be present at the depositions and could not attend, I would have rescheduled the depositions, as I and other lawyers in other cases have done countless times in the past.
>
> Again, our request is fair and reasonable, particularly given Ms. Casey's unexpected circumstances.  And other than you personally disagreeing as to importance of Ms. Casey ( the person you are suing) being present at your client's deposition, you have not offered any other reason as to why Ms. Garcia's deposition cannot be rescheduled.
>
> Mary

3

**From:** David Gespass
**Sent:** Thursday, November 12, 2020 10:24 AM
**To:** Goldthwaite, Mary <Mary.Goldthwaite@AlabamaAG.gov>
**Cc:** Randy McNeill <rmcneill@webbeley.com>; Joshua Willis <jwillis@webbeley.com>; alan@lasseterlaw.com; Clayton Tartt <ctartt@bhpwlaw.com>; Suzanne Norman <snorman@bhpwlaw.com>
**Subject:** Re: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

She does not need to be present at the deposition. She can read the transcript. She can even watch the video. The only people who need to be present are the lawyers and the deponent. I would note that our client was not present for either of Ms. Ashworth's deposition, so far as I know, Victor Revill was not present at the last deposition, nor was Sgt. Ratliff. Our position will not change.


David


On Thu, Nov 12, 2020 at 10:19 AM Goldthwaite, Mary <Mary.Goldthwaite@alabamaag.gov> wrote:

David,


As a party defendant to this lawsuit Ms. Casey <u>needs and wants to be present</u> (by zoom) and participate when other party depositions are being taken, particularly the plaintiff's deposition.  That is a reasonable and fair request. She did just test ▉▉▉▉ (3 days before the Friday depositions) and the request to reschedule was made the day after she tested ▉▉▉▉ (2 days before the Friday depositions).


And, Ms. Casey ( who also has a ▉▉▉▉▉▉▉ is not just "sick", but suffering symptoms ▉▉▉▉▉▉  As she physically feels ▉▉▉▉▉▉▉ she is realistically concerned that she will not be physically able to listen and participate in the depositions at all or for any length of time.  Additionally, ▉▉▉▉▉▉▉ has ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉


If despite this, you insist on going forward  with the plaintiff, Ms. Garcia's deposition tomorrow, Ms. Casey will be unnecessarily prejudiced.

Rescheduling tomorrow's depositions is an inconvenience to most of us in this case, as I have had to spend considerable time locating and reserving a room in Birmingham to safely accommodate all of us for tomorrow's depositions. I have also reserved the court reporter.

Nevertheless, in the interest of fairness, I would respectfully ask that you reconsider your position regarding going forward with depositions tomorrow, Friday November 13th and provide dates when Megan Garcia can be available to have her deposition taken in the near future.

Mary

Mary Goldthwaite

Assistant Attorney General

Office of the Attorney General

General Civil Litigation

501 Washington Avenue (36104)

Montgomery, Alabama  36130

Phone:  334-353-9189

Fax:      334-242-2433

E-mail:  mgoldthwaite@ago.state.al.us

**Confidentiality Notice:** The information contained in this email and the documents attached hereto contain confidential information intended only for the use of the intended recipients. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained herein is strictly prohibited. If you have received this communication in error, please immediately notify me by reply email.

**From:** David Gespass
**Sent:** Thursday, November 12, 2020 9:24 AM
**To:** Goldthwaite, Mary <Mary.Goldthwaite@AlabamaAG.gov>
**Cc:** Randy McNeill <rmcneill@webbeley.com>; Moore, Cecelia <Cecelia.Moore@AlabamaAG.gov>; Alan Lasseter <alan@lasseterlaw.com>; Clayton Tartt <ctartt@bhpwlaw.com>; Joshua Willis <jwillis@webbeley.com>; Wendy Schaller <wschaller@webbeley.com>
**Subject:** Re: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

---

🟥🟨 This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

---

I don't understand what her being sick has to do with any of the other depositions we have to take. Most particularly, I don't understand what it has to do with tomorrow.

David

On Thu, Nov 12, 2020 at 9:05 AM Goldthwaite, Mary <Mary.Goldthwaite@alabamaag.gov> wrote:

I understand she feels ▓▓ (and ▓▓▓▓▓▓▓▓▓▓▓▓▓ 2 days ago on Tuesday, November 10) and yes she is very concerned, based on how bad she is feeling ▓▓▓▓▓▓▓ that she will not be able to participate by zoom, which was the reason for my email yesterday.

However, in addition to how poorly she is feeling, her ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Mary

---

**From:** Randy McNeill
**Sent:** Thursday, November 12, 2020 7:08 AM
**To:** Goldthwaite, Mary <Mary.Goldthwaite@AlabamaAG.gov>
**Cc:** David Gespass <pass.gandjlaw@gmail.com>; alan@lasseterlaw.com; Joshua Willis <jwillis@webbeley.com>; Clayton Tartt <ctartt@bhpwlaw.com>; Suzanne Norman <snorman@bhpwlaw.com>; Moore, Cecelia <Cecelia.Moore@AlabamaAG.gov>
**Subject:** Re: Rescheduling the Party Depositions Set for this Friday, November 13th (CONFIDENTIAL)

> This message has originated from an **External Source**. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Right now, I'm available for 11/16 and 11/20. I'm checking my availability for 11/17 and 11/18.

Having had ███████████████, does she suspect that she will be too ill to participate by zoom? Or is it a combination of her and her family's illness? It's imperative that we complete depositions by 12/10. We wasted time on Ashworth's deposition.

Sent from my iPhone

> On Nov 11, 2020, at 5:10 PM, Goldthwaite, Mary <Mary.Goldthwaite@alabamaag.gov> wrote:
>
> Counsel,
>
> We are seeking to reschedule the Friday depositions of Scott Gilliland and Megan Garcia , as yesterday, November 10th, Pamela Casey ████████████████ and has ███████████d symptoms. Ms. Casey had planned on attending, by zoom, these party depositions set for Friday, November 13th, but does not currently feel that she will be able to so.  Ms. Casey's ████████████ ████████████████████████████ and are also experiencing ████████████████████████████████████████████
>
> In light of the foregoing, are you agreeable to rescheduling Scott Gilliland and Megan Garcia's deposition?  If so, what dates could you be available?
>
> Thank you.
>
> Mary
>
> Confidentiality Notice: The information contained in this email and the documents attached hereto contain confidential information intended only for the use of the intended recipients. If the reader of the message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of the information contained herein is strictly prohibited. If you have received this communication in error, please immediately notify me by reply email.

--

GESPASS & JOHNSON
P.O. Box 550242
Birmingham, AL 35255-0242
205-323-5966
205-323-5990 (fax)
web site: gespassandjohnson.com

--

GESPASS & JOHNSON
P.O. Box 550242
Birmingham, AL 35255-0242
205-323-5966
205-323-5990 (fax)
web site: gespassandjohnson.com

--

GESPASS & JOHNSON
P.O. Box 550242
Birmingham, AL 35255-0242
205-323-5966
205-323-5990 (fax)
web site: gespassandjohnson.com

--
GESPASS & JOHNSON
P.O. Box 550242
Birmingham, AL 35255-0242
205-323-5966
205-323-5990 (fax)
web site: gespassandjohnson.com