# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MEGAN GARCIA,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:18-cv-2079-KOB** |
| ) | |
| **PAMELA CASEY, et al.,** ) | |
| ) | |
|    **Defendants** ) | |
| _____ | *This document relates to both cases* |
| **VICTOR REVILL,** ) | |
| ) | |
|    **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No.: 2:19-cv-114-KOB** |
| ) | |
| **PAMELA CASEY, et al.,** ) | |
| ) | |
|    **Defendants** ) | |

## **ORDER**

These consolidated § 1983 civil rights and defamation cases come before the court on cross-motions for summary judgment. The Plaintiffs have moved for summary judgment as to the Fourth Amendment liability of Deputies Ashworth, (Garcia Doc. 105; Revill Doc. 123),[1] and Ratliff, (Garcia Docs. 124, 125; Revill Doc. 123). Additionally, Ms. Garcia and Mr. Revill request summary judgment on their defamation claims against Ms. Casey and Mr. Gilliland. (Garcia Docs. 124, 125; Revill Doc. 123).

---

[1] As in its prior Memorandum Opinions in this case, to prevent confusion regarding the two docket sheets for these consolidated cases the court will use "Garcia Doc." to refer to docket entries in the case filed by Megan Garcia, 2:18-CV-2079-KOB, and will use "Revill Doc." to refer to docket entries in the case filed by Victor Revill, 2:19-CV-114-KOB.

1

All four Defendants argue in their respective motions for summary judgment that the law entitles them to qualified immunity from suit on the Fourth Amendment violations under the circumstances of this case. Defendants' motions were submitted separately: by Defendants Ashworth and Ratliff against Ms. Garcia, (Garcia Doc. 128), by Defendants Ashworth and Ratliff against Mr. Revill. (Revill Doc. 125), by Defendants Casey and Gilliland against Ms. Garcia (Garcia Doc. 134), and by Defendants Casey and Gilliland against Mr. Revill (Revill Doc. 134). Ms. Casey and Mr. Gilliland also request summary judgment on Mr. Revill and Ms. Garcia's defamation claims on a number of immunity and evidentiary grounds.

For the reasons set for the in the Memorandum Opinion entered contemporaneously with this order, the court will **GRANT** Ms. Garcia and Mr. Revill's motions for summary judgment as to the § 1983 Fourth Amendment liability of Deputies Ashworth and Ratliff for unlawful arrest (Garcia Count One as to Ashworth and Ratliff; Revill Count Three). The court will **DENY** the Deputies' motions for summary judgment requesting qualified immunity for their arrests of the Plaintiffs. The court will **ENTER SUMMARY JUDGMENT** in favor of Ms. Garcia and Mr. Revill and against Deputies Ratliff and Ashworth as to the § 1983 liability of Deputies Ratliff and Ashworth for unlawful arrest in violation of the Fourth Amendment.

The court will **DENY** Ms. Casey and Mr. Gilliland's motions for summary judgment requesting qualified immunity for their alleged unlawful arrests of Plaintiffs in violation of the Fourth Amendment under § 1983 (Garcia Count One as to Casey and Gilliland; Revill Count Four), because a jury could find that Mr. Gilliland and Ms. Casey advised Deputy Ashworth to make the arrests.

The court will **GRANT** Ms. Casey and Mr. Gilliland's motions for summary judgment on Mr. Revill's Counts Two, Six, Nine, Twelve, and Thirteen because Mr. Revill failed to

defend these claims and will **ENTER SUMMARY JUDGMENT** in favor of Mr. Gilliland and Ms. Casey and against Mr. Revill on those claims. The court will also **GRANT** Deputy Ashworth and Deputy Ratliff's motions for summary judgment on Mr. Revill's Count Five because Mr. Revill failed to defend this claim and will **ENTER SUMMARY JUDGMENT** in favor of Defendants Ashworth and Ratliff and against Mr. Revill on that claim.

The court will **DENY** both the Plaintiffs' and the Defendants' motions for summary judgment on the defamation claims (Garcia Counts Two and Three; Revill Counts Ten and Eleven) because genuine issues of material fact exist as to the truth of the Defendants' statements.

Ms. Garcia's case will proceed to trial on these remaining claims: (1) for Fourth Amendment liability for unlawful arrest as to Defendants Casey and Gilliland; (Garcia Doc. 18, Count One), and (2) for defamation against Defendants Casey and Gilliland (Counts Two and Three).

Mr. Revill's case will proceed to trial on these remaining claims: (1) for Fourth Amendment liability for unlawful arrest as to Defendants Casey and Gilliland; (Revill Doc. 1, Count Four); (2) for Fourth Amendment liability for malicious prosecution as to Defendants Ratliff and Ashworth (Count Seven); and (3) for defamation against Defendants Casey and Gilliland (Counts Ten and Eleven).

**DONE** and **ORDERED** this 23rd day of September, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE